July 13, 2007

<u>Via: ECF</u>

Honorable Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

                 Re:     USA v. Moheed Oasman aka "Feisal"
                           Docket No.: 07 MAG 1098

Honorable Sir:

Please be advised that this office represents the above named defendant.

Reference is made to the Detention Hearing held on July 11, 2007 wherein your Honor set $1.5 Million Dollar bond, secured by three financially responsible persons (the defendant's mother, father and sister Sonia), at to be secured by the parents home in Georgia, the sister's home in New Jersey and the Defendant's house in Georgia.

Upon reviewing the documents necessary to post the bond, it was discovered that the defendant's home in Georgia, purchased in 2000 at 3265 Golf Links Drive, Snellville, Georgia 30039, is owned by the defendant only and not his wife Lilah Oasman, although it is intended to be the marital residence.

I have spoken to A.U.S.A. Benjamin Gruenstein who does not object to the Lawrenceville Georgia home of the defendant's sister Sonia, at 1757 Scholar Drive, Lawrenceville, Georgia being used as security in place of the defendant's home at 3265 Golf Links, Snellville, Georgia.

It is respectfully requested that this Honorable Court allow the substitution.

Thank you for your attention.

                                 Very truly yours,

                                 ADDABBO & GREENBERG
                                 <u>s/Todd D. Greenberg, Esq.</u>

TDG:id
cc:  Benjamin Gruenstein, US Attorney